December 5, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

NO. 14-12-01020-CV                    V.

CHAD PETEREK, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, CHAD PETEREK, signed October 16, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment reinstating the administrative decision.

We order appellee, CHAD PETEREK, to pay all costs incurred in this appeal. We further order this decision certified below for observance.